UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEY MANUEL ESTRADA,<br><br>                        Petitioner,<br>  vs.<br><br>MATTHEW CATE, Secretary,<br><br>                        Respondent. | CASE NO. 10cv2014 DMS (KSC)<br><br>**ORDER (1) ADOPTING REPORT AND RECOMMENDATION AND (2) DENYING PETITION** |

       Petitioner Joey Estrada, a state prisoner proceeding *pro se*, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 29, 2014, Magistrate Judge Karen S. Crawford issued a Report and Recommendation ("R&R") recommending that the Court deny the petition. On May 12, 2014, Petitioner filed objections to the R&R.

       This Court, having reviewed *de novo* the Magistrate Judge's R&R and the Petitioner's objections thereto, adopts the Magistrate Judge's recommendation in full and denies the petition for writ of habeas corpus. The Court finds no basis for a certificate of appealability.

       **IT IS SO ORDERED**.

DATED: June 2, 2014

                                          HON. DANA M. SABRAW
                                          United States District Judge